

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-06-00379-CR

Omar Franklin **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CR-6055
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Omar Franklin Barnes was convicted of murder and sentenced to life in prison. Barnes appealed, and we affirmed the trial court's judgment on October 31, 2007. *See Barnes v. State*, No. 04-06-00379-CR, 2007 WL 3171298, at *1 (Tex. App.—San Antonio 2007, pet. dism'd). Barnes subsequently filed a petition for discretionary review, which was dismissed by the Texas Court of Criminal Appeals on February 28, 2008.

On October 27, 2014, Barnes filed a motion in this court asking for "a loan of the trial and appellate record" and other "legal material" so that he can prepare a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure. Barnes cites *In re Carothers*, No. 09-03-558-CV, 2004 WL 100547, at *1 (Tex. App.—Beaumont 2004, orig. proceeding), for the proposition that he is entitled to a "loan" of the trial and the appellate record as well as legal material consisting of Texas rules, procedures, and laws. However, *Carothers* provides no authority for Barnes's request. *See id.* (recognizing that an indigent defendant is not entitled to a free record once he has exhausted his appeal, absent some compelling, recognized reason). Furthermore, an indigent criminal defendant is not entitled to a free transcription of prior proceedings for use in pursuing post-conviction habeas corpus relief. *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Barnes's motion is therefore DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.



_____
Keith E. Hottle
Clerk of Court